Before the Administrative Remedy Agency of the
State of Missouri, Department of Corrections
EASTERN RECEPTION DIAGNOSTIC & CORRECTIONAL CENTER

In the matter of;        ) * Formal Hearing Requested *
                       ) * Contested Case *
Desmond Mills,         )
MO-DOC No. 1090887     )
ERDCC                 )
2727 HWY K           )
Bonne Terre, Missouri  63628-3430 )
United States of America   )

    Plaintiff/Petitioner/Affiant, )

vs.                  ) Case No. ERDCC-23-_____

Anne L. Precythe,      )
Richard Adams,        )
John Doe/Jane Roe(s) [Officers], )
Responsible Individual(s),  )_

    Defendant(s)/Respondent(s), )

## Verified Informal Resolution Request

### Written Offender-to-Staff Correspondence

Report of; Offender Abuse; Staff Misconduct; Contractor Misconduct

### Verified Affidavit/Evidence in Support of Same, &c.

    COMES now plaintiff/petitioner/affiant/corresponder/reporter/etc.
Desmond Mills, referred to hereinafter as plaintiff, to make known
by these presents this; verified informal resolution request; written
offender-to-staff correspondence; to make report of; offender abuse;
staff misconduct; contractor misconduct, and; to make herewith a
verified affidavit to serve as evidence in support of same, etc.,
and states the following, to wit:

### Jurisdiction, Authority, and Powers Invocation(s)

    1.   Plaintiff does hereby set out and invoke the following
jurisdiction, authority, and powers of the Administrative Remedy
Agency, including the IRR Investigator(s), IRR Reviewer(s), and
IRR Respondent(s), et al., to wit;

        a.   D5-3.2§III.K.9, specifically in that these pages com-

prise an incorporate part of the original IRR Form submitted
herewith, as if set out fully on the IRR Form, as per the
Department's own written policies, procedures, SOPs, and
Office of Professional Standards protocols, etc.;

b.   D5-3.2§III.K.8(b)(1), specifically, in that since
these pages number six (6) or fewer that a copy of same
be provided along with any answer, reply, justification,
etc. to this IRR, pursuant to the Department's own written
policies, procedures, etc.;

c.   IS13-4; IS13-4.1; D2-11.10, et al., specifically in
that this complaint/petition/affidavit submitted with the
origianl IRR Form also comprises an official offender-to-
staff correspondence, a written reply to whic his hereby
respectfully requested, pursuant to the Department's own
written policies, including, inter-alia; IS13-4.1§III.B
& .C, et al.;

d.   RSMo § 217.410, specifically in that this complaint/
petition/etc. also comprises an official Report of Offender
Abuse made pursuant to, inter alia; RSMo § 217.410, and
the Department's own written policies, and plaintiff prays
that this complaint/etc. be also processed as same;

e.   IS19-1.6§II.D & IS19-1.6§III.G.19, specifically in
that thsi complaint/etc. presented herewith concerns offender
abuse which resulted in serious physical injury(ies) re-
sultant from staffer misconduct, and plaintiff prays that
it be referred to the Office of Professional Standards
of the MO-DOC for investigation and review, etc.

## Preservation of Evidence - Notice to Parties Invocation(s)

2.   Plaintiff does hereby provide official notice that litiga-
tion is anticipated in these matters, and that any/all/each bit
of evidence germane and relevant to same be preserved, as per Rule(s)/
law, and plaintiff specifically requests that a copy of this IRR/etc.
be provided to the General Counsel of the Missouri Department of
Corrections, 2729 Plaza Drive, Post Office Box 236, Jefferson City,
Missouri 65102-0236, USA, and to preserve any/all/each article
of data, file, record, log, surveillance footage, referal, report,
finding, etc. related to the facts germane to the matters, issues,
and controversies set out in this complaint/etc., as per Rule(s)/
law, et al.

## Statement of Facts Germane to this Action(s)

3.   Plaintiff was the subject of a brutal attack on 31 May
2023, including that he was stabbed with an object causing serious
physical injury that required medical care beyond that of First
Aid, and suffers permenant disability(ies) resultant from same,
including loss of use which interferes with daily living activities.

4.   Plaintiff was housed in ERDCC HU1C at the time of the attack described in paragraph three (3) herein, supra.   At the time HU1C at ERDCC was being operated as a transitional housing unit of sorts, whereby which offenders that were leaving segregation status were temporarily housed there prior to being reassigned to general population status.

5.   The operation of the HU1C unit included sessions where part of the residents would be allowed out into the wing to use the showers, etc. for a period of thirty (30) minutes at a time, so as to reduce the number of offenders out in the common area at any given time.   Staff select the offenders permitted out such to avoid known conflicts in furtherance of directives of the MO-DOC/ERDCC.

6.   The attacking offender's thirty (30) minute period was scheduled just prior to plaintiff thirty (30) minute 'rotation'.

7.   Whilst the attacking offender's rotation was still out in the common area, an officer announced a directive over the intercom system for all offenders 'on rotation' to return to their respective rooms and lock down the doors.

8.   The attacking offender, instead of returning to his assigned cell, went and hid inside a shower stall.

9.   Officers assigned/posted at housing units, including HU1C, are required to perform security rounds every thirty minutes, whereby which they are required to enter the housing unit wings, including HU1C, and check the common area and each cell.

10.   No officer came into the wing after the attacking offender's thirty (30) minute rotation, even after being told to 'lock down' and even after the attacking offender could be seen moving to hide within a shower stall.

11.   Amongst the officers assigned to HU1 during all times relevant to this proceeding/action, was Ms. Casey Motley, E0152453, and other officers unknown to plaintiff, designated John Doe(s)/ Jane Roe(s) at this time.

12.   Plaintiff, along with other offenders scheduled for their thirty (30) minute 'rotation' were permitted out into the common areas, not knowing that the attacking offender had not locked down, not knowing that a security round had not been conducted, and not knowing that the attacking offender was hiding inside a shower stall.

13.   After several minutes, the attacking offender came out and brutally attacked plaintiff, stabbing him with an item of dangerous contraband, including stabs to the face, neck, hands, as well as plaintiff's ribs/chest area.

14.   The nature of the attack was such that loss of life was a likely outcome, in that plaintiff was severely injured in the

neck/face, etc., as medical records will, or should, reveal.

15.   At all times relevant to this proceeding/action(s) video security closed-circuit television cameras were operational within the entire confines of HU1 at ERDCC, including that the control room, or 'bubble' officer, had monitors to observe the output of the CCTV cameras.

16.   Security cameras and monitors are installed at ERDCC in HU1C and officers posted/assigned there are required to monitor same as part of thier miniterial duties as well as their duties to their employer and plaintiff.

17.   Officers assigned/posted to HU1C have a ministerial, professional, and special assumed duty(ies) to monitor HU1C residents, monitors, and to control 'rotations' in such a way to substantially protect each resident, including plaintiff.

18.   Plaintiff had a right to expect the honest services of his government, for staffers to perform their duty(ies) to the standards level of care requisite of their assigned/assumbed post/duty(ies), and to be protected from serious physical injury, including from brutal attacks such as the one that ensued on 31 May 2023.

19.   Plaintiff has suffered serious physical injury requiring medical care.  Plaintiff's ability to swallow properly is still impeded, and his circulation through his neck arteries/veins remains adversely affected.  Plaintiff continues to experience emotional distress resultant of the serious physical injuries sustained resultant of the attack on 31 May 2023.

20.   Plaintiff has suffered loss of use to the extent that he is unable to participate in daily living activities, even to this day, resultant of the attack of 31 May 2023.

21.   Each of the officer(s) assigned/posted at HU1C on 31 May 2023, including multiple John Doe(s)/Jane Roe(s), as well as Ms. Casey Motley, has taken steps to obfuscate, cover-up, and misinform in order to avoid taking responsibility(ies) for their respective failure(s) to protect, failure(s) to perform their respective ministerial duties, and failure(s) to accurately make report(s), as is mandated by, inter alia; D2-11.10, et al.

22.   Contractor(s) of the MO-DOC designated to provide and fulfill the mandates of, inter alia; RSMo § 217.230, have failed to completely chart/record all of the symptoms plaintiff has disclosed to same, have failed to conduct appropriate testing, diagnosis, and treatment/care for plaintiffs serious physical injuries, and staffers of the MO-DOC/ERDCC have failed to provide appropriate oversight of said contractor(s).  Same have failed to institute and maintain appropriate internal controls/metrics to vouchsafe that the mandates of RSMo § 217.230, et al., as well as the terms and conditions of the written contracts between the State of Miss-

- 4 -

out‡ and the healthcare contractors.

23.  The failure(s) of both the medical contractor(s) and super-
visory/managing staffer(s) continue to compound the serious physical
injury(ies), loss of use, and emotion distress of plaintiff, and
further serve to obfuscate, cover-up, and conceal the true nature
of the staffer/contractor misconduct/misbehavior that has ensued
to the detriment of plaintiff, as already described herein, supra.

24.  Plaintiff prays for a complete and thourough investigation,
along with formal hearings as a 'contested case,' and does hereby
release any/all/each investigating staffer(s) of the Administrative
Remedy Agency to be granted access to any/all/each medical record,
and does hereby waive, for the pendancy of the processing of the
IRR/Grievance/Appeal, any HIPPA protections of privacy of same.

25.  Plaintiff prays that the findings of/from the investigation
into the matters, issues, and controversies set out/incororated
herein be made in writing and that that-writing be designated an
official record of the State of Missouri, Department of Corrections.

26.  Plaintiff prays for a report and subsequent investigation
be also conductaby the Office of Professional Standards of the
Missouri Department of Corrections, and that those investigation
findings be made an official record of the State of Missouri.

27.  Plaintiff prays for a change in the written policies,
procedures, protocols, SOPs, etc. of the MO-DOC to vouchsafe that
the circumstances that led to the failure to protect, the staffer
misconduct, the contractor misconduct, and the obfuscations/cover-
ups that have ensued in this matter, issue, and controversy-be
made, including changes in internal controls and metrics.

28.  Plaintiff prays for fair and reasonable monetary damages,
punitive damages, attorney fees, fees, costs, and interest as per
court Rule(s).

29.  Plaintiff's rights, including constitutional, statutory,
and fundamental rights have, and continue to be, violated, which
plaintiff prays for abatement and appropriate prevention measures
to be adopted, and misbehaving/misconducting staffers/contractors
to be appropriately punished, sanctioned, disciplined, &/or termin-
ated.

30.  Plaintiff prays that all parties named, described, &/or
implicated in this complaint and the resulting investigations be
identified to him, and be provided a copy of this complaint/peti-
tion/affidavit/etc. along with the original IRR Form, and to also
receive an "Administrative Proceedings Warning" FORM [MO 931-3469]
concerning same.


WHEREFORE, Plaintiff does hereby pray that the Administrative Remedy

## Missouri
## Department of Corrections
## Conduct Violation Report

| | NAME OF INSTITUTION | DATE |
|---|---|---|
| | ERDCC | 05/31/2023 |

| OFFENDER NAME | DOC NUMBER | ASSIGNMENT | | | H.U. |
|---|---|---|---|---|---|
| MILLS, DESMOND | 1090887 | (L21) | - | - | 001-01C-0C209-002 |

| PRIMARY RULE VIOLATION NUMBER & DEFINITION | SECONDARY RULE VIOLATION NUMBER(S) |
|---|---|
| 25.1- ENGAGE IN PHYSICAL STRUGGLE | |

| VICTIM(S)   ☐ YES ☒ NO | NAMES AND EMPLOYEE OR DOC NUMBERS(S)  N/A |
|---|---|

**Violation Occurred At:**

| TIME 1:52 ☐ AM ☒ PM | DAY Wednesday | DATE 05/31/2023 | BUILDING, COMPLEX, ROOM 001-01C-0C119 (DAY) DAYROOM | TRACKING NO ERDCC23-04432 |
|---|---|---|---|---|

**THE FOLLOWING EVENTS OCCURRED**

On the above date and approximate time, this reporting officer observed
Offender Mills, Desmond # 1090887 in a physical altercation with Offender
Resz, Joseph # 1244937 In the C-wing Dayroom. Upon entering the wing with
other responding officers Offender Mills was directed to stop fighting and
lay on the floor. Offender Mills complied and submitted to restraints.
Offender mills was escorted to medical to address his injuries.

by the offenders own actions, this places him in violation of rule
25.1.

6-21-23

| REPORTING EMPLOYEE SIGNATURE | REPORTING EMPLOYEE NAME MOTLEY, CASEY, L | |
|---|---|---|
| Casey Motley CO1 | TITLE CORRECTIONAL WORKER | EMPLOYER ID NO. E0152453 |

1. You have the right to written notice of the alleged violation prior to a hearing.
2. You have the right to a hearing.
3. You may be allowed to present documentary evidence at the hearing.
4. Witnesses may be allowed.
5. You have the right to written findings & decision.
6. You have the right to appeal the decision as set forth in D5-3.2 Offender Grievance Procedure.

| REPORT OF JOINT INTERVIEW BY INTERVIEWING STAFF | TIME 5:45 ☐ AM ☒ PM | DATE 5-31-23 |
|---|---|---|

10/ States: "I was defending myself"

Refer to CHO

| WITNESS REQUESTED IF "YES" COMPLETE WITNESS ☐ Yes ☒ No  REQUEST (MO 931-0259) | INFORMAL SANCTIONS ☐ Yes ☒ No |
|---|---|

**I UNDERSTAND MY RIGHTS AND HAVE RECEIVED A COPY OF THIS CONDUCT VIOLATION REPORT.**

| OFFENDER SIGNATURE Mills | OFFENDER REFUSED TO SIGN ☐ YES ☒ NO | DOC NUMBER 1090887 |
|---|---|---|

| OFFENDER PLEAD GUILTY AT INTERVIEW AND WAIVED RIGHT TO HEARING ☒ Yes ☐ No | | |
|---|---|---|

| OFFENDER SIGNATURE Mills | DATE 5-31-23 | REPORTING EMPLOYEE SIGNATURE Casey Motley C |
|---|---|---|

| INTERVIEWING EMPLOYEE NAME J. Ragan | | INTERVIEWING EMPLOYEE SIGNATURE |
|---|---|---|
| TITLE COII | EMPLOYEE ID NO. 153216 | COII 1532 |

MO 931-0395 (11-05)

S M T W T F S

S M T W T F S
31 1 2 3

X X X X 8 9 10
11 12 (13) 14 15 16 17
18 19 20 (21) 22 23 24
25 26 27 28 29 30

4 5 6 7 8 9

Spending July
Stops
2 3 (4)

Agency, including the IRR Investigator(s), Respondent(s), &/or Reviewer(s), would grant plaintiff the relief/remedy(ies) as are set out, incorporated, and prayed for herein, supra.

## Verification of Affidavit/Evidence

COMES now Desmond Mills to make known by these presents that he does hereby verify/certify that the statements of facts, averments, arguments, citations, invocations, incorporations, suggestions, and prayers for relief/remedy(ies) made herein, or on the original IRR form submitted herewith are TRUE and ACCURATE and are so made of his own free will act and deed, under oath, and under the penalties of making false statements/perjury, as is evidenced by his signature herein below.  So attested to and made an affidavit thereof herewith.

Cordially & Respectfully Submitted,

/s/ Desmond Mills                    7-5-23
Desmond Mills                        *Date
MO-DOC No. 1090887
ERDCC / Legal Mail
2727 HWY K
BOnne Terre, Missouri  63628-3430
United States of America


*    Submitted timely by placing same into the institutional mailbox system this same date, pursuant to the precepts set out in, inter alia; Houston v. Lack, 108 S.Ct. 2379 (1988), et al.





OFFENDER COPY

### Informal Resolution Response

| | |
|---|---|
| Offender and Number: | **Mills, Desmond** |
| Offender Number: | 1090887 |
| IRR Number: | ERDCC23-1073 |
| Category: | **8D** |

**Nature of Complaint:**   Your IRR has been received and reviewed. You state that you were assaulted by another offender on May 31, 2023 and you received serious physical injuries in that attack. You claim the housing unit staff members failed to perform the required security checks in a manner consistent with policy. You are requesting the alleged staff misconduct be stopped, involved staff members be disciplined, and to receive monetary compensation.

**Investigation / Findings:**   Your IRR and all pertinent information/documentation has been received and reviewed. Upon review, it was determined that on May 31, 2023, you were allowed outside of your assigned cell for your 30-minute recreation rotation. There was a security check conducted in the wing while you were on your recreation rotation just nine minutes before you were directed to return to your assigned cell. It was verified you were assaulted by another offender, but this assault occurred sixteen minutes after you should have been secured inside your assigned cell. Had you been in your cell, the other offender would not have had the opportunity to assault you.

**Recommendations:**   Based on the review of the findings, I do not find sufficient evidence to support your claim. Your IRR is denied.

*ccmII   #138996*
Investigating Staff Signature

*104553*
Respondent Signature

*110787*
Reviewer Signature

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

| INSTITUTION USE ONLY |
| --- |
| ☐ **EMERGENCY COMPLAINT** |
| CATEGORY: SA  ED   DATE RECEIVED: 7/20/23 |
| COMPLAINT NUMBER: FRDCC 23 - 1073 |

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
| --- | --- | --- |
| Mills, Desmond | 1090887 | 4C-209 |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

See attached papers ##(6)

**ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.**

Plaintiff seeks abatement of the staff misconduct, fair and reasonable monetary damages, punitive damages, fees, costs, attorney fees and interest as provided by Rule(s) and for staff to be disciplined / Reprimanded / documented/ect-

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |
| Desmond Mills | 1090887 | 7-5-23 |

## INSTITUTION STAFF MEMBER USE ONLY

DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

Offender stated staff members are not following policy which led to his injuries. Offender would also like to add an additional remedy of custody staff members being required to wear body cameras.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN   ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
| Mills, Desmond | 1090887 | 9-20-23 | | 138996 | 09/20/2023 |

## STAFF FINDINGS - RESPONSE

See ATTACHED

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D. NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
| | 138996 | 09/29/2023 | | 104553 | 9/29/23 |
| REVIEWER SIGNATURE   Tim Freeman AW | I.D NUMBER   11070 | DATE | RESULTS: ☐ SATISFACTORY  ☐ UNSATISFACTORY | | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |
| | | |

MO 931-3376 (9-22)   DISTRIBUTON: **COPY** - OFFENDER;   **COPY** - IRR FILE



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS **ORIGINAL**
**OFFENDER GRIEVANCE**

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: ERDCC 23-1073
CATEGORY: 8D          DATE FILED: _____

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Mills, Desmond | 1090887 | 2D | 217 | ERDCC |

**OFFENDER GRIEVANCE OR REQUEST**

See orginal attached papers (6) that was typed up with
the INformal Resolution Resg Request form. Note:
Ms. Gross came to talk to me She did not have the
Copies I turnt in with my I.R.R. The Six (6)
pages that was attached. I would like Copies of what
I had typed up.


                  Thank you for your cooperation.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Desmond Mills | 1090887 | 10-19-23 |

**CAO OR DESIGNEE RESPONSE**

RECEIVED
DEC 28 2023
ERDCC
WARDEN'S OFFICE

RECEIVED
OCT 2 5 2023
ERDCC
GRIEVANCE OFFICE

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|
| | 134865 | 12/28/2023 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE
GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL
WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION     ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)

*WARDEN'S RESPONSE*

| | GRIEVANCE LOG NUMBER | DATE |
|---|---|---|
| | ERDCC 23-1073 | 12/27/2023 |

| OFFENDER NAME | DOC NUMBER | CATEGORY |
|---|---|---|
| Mills, Desmond | 109887 | 8D |

____ EMERGENCY GRIEVANCE __X__ GRIEVABLE ____ NON-GRIEVABLE

RESPONSE AND JUSTIFICATION:

Mr. Mills, I am in receipt of your grievance dated October 25, 2023. You state you were assaulted by another offender on May 31, 2023, and received serious injuries. You state your attacker hid in the shower, after his recreation was over. You state staff did not conduct a security check after your attacker's recreation was completed to ensure all offenders were secured. You expanded your Grievance to state that you did not receive a copy of the attachments to your Informal Resolution Request when the housing unit case manager met with you.

I have reviewed your Informal Resolution Request, Grievance, and other pertinent information available to me. Correctional staff are expected to conduct a security check no less than once every 30 minutes. A security check was completed 25 minutes prior to the altercation. When the altercation occurred, staff responded appropriately, and you were taken to medical for treatment. Per D5-3.2 Offender Grievance "Personnel action taken as a result of a complaint is confidential and shall not be specified in the response to the offender." Additionally, you were given a copy of your six-page attachment by the housing unit case manager later that same day. This should resolve your complaint at the Grievance level.

GRIEVANCE OFFICER'S SIGNATURE

*WARDEN'S ACTIONS*

__X__ APPROVED      ____ DISAPPROVED

CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE

**ORIGINAL**

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

**INSTITUTION USE ONLY**

GRIEVANCE NUMBER: ERDCC-23- 1073          8B

DATE FILED: 12/22/2

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | | DOC I.D. | INSTITUTION |
|---|---|---|---|
| MILLS, DESMOND     2D-217 | | 1090887 | ERDCC |

**REASON FOR APPEAL**

THE Informal Resolution Response of the Investigation / findings was incorrect. THE brutally disturbing event was recorded by the Security Closed - Circuit television Cameras. ~~(on the phone)~~ THE footage will show the investigating Staff member "Attempted" to product falsified documents despite the perponderance of evidence. Tim FREEMAN "Conspired" with the investigating staff (#138996) member as well.

THE rEMEdiEs I'm seeking are a change in the Policies and Procedures and monetary Compensation.

Note: I will like a copy of the grievance form I turnt in on 10-20-23

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Mills, Desmond | 1090887 | 12-26-23 |

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

RECEIVED

JAN 0 4 2024

ERDCC
GRIEVANCE OFFICE

| DIVISION DIRECTOR OR DESIGNEE SIGNATURE | | DATE |
|---|---|---|

**Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.**

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|

MO 931-3378 (9-22)



**Michael L. Parson**
Governor

**Trevor Foley**
Acting Director

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

February 22, 2024

Desmond Mills
Register #1090887
Eastern Reception, Diagnostic & Correctional Center (ERDCC)

RE:     ERDCC-23-1073
        Other
        Received on January 24, 2024
        Reviewed on February 22, 2024

Your appeal dated December 26, 2023, has been reviewed. The grievance response you received adequately addressed your complaint. Your complaint claims staff failed to protect you by failing to conduct required security checks. You further claim this resulted in you being assaulted. After a careful review of all the evidence provided to me, I have not found any violation to policy or procedure. The staff involved refute your claims. Additionally, Missouri Department of Corrections Procedure, D5-3.2-Offender Grievance states, "Consequential or punitive damages will not be provided." Furthermore, security cameras are for safety and security reasons and there is nothing in policy or procedure that requires security cameras be reviewed at the request of an offender. You have failed to provide any evidence to support your complaint. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/kk

AKPTSC      Missouri Department of Corrections      Page -    1
Time: 16:00:34    **TEMPORARY ADMINISTRATION SEGREGATION CONFINEMENT FORM**
Offender Management Information System      Date:   5/31/23

Case: 4:24-cv-00680-MTS   Doc. #: 1-4   Filed: 05/15/24    Page: 16 of 35 PageID #: 38

**Institution:** ERDCC

**DOC Name:** DESMOND MILLS                      **DOC ID:** 1090887

**From:** 001 01C 0C209 002                   **To:** 002 02A 2A208 001

**Date:** 05/31/2023                             **Time:** 01:52 PM

**CONFINEMENT IS ORDERED ON THE BASIS OF THE FOLLOWING CRITERIA:**

There is an immediate security risk involved.

There is urgent need to separate the offender from others for his/her own safety or that of others.

For the security and good order of the institution.

**STATEMENT OF FACTS IN SUPPORT OF TASC/COMMENTS:**

CONDUCT VIOLATION OF RULE         25.1
\O\MILLS, DESMOND #1090887 PLACED ON TASC FOR BEING OBERSEVED IN A PHYSICAL ALTERCATION WITH
\O\RESZ, JOSEPH #1244937

**Supervisor:** E0046145    HOWE, DAVID

**CONFINEMENT IN TASC:** CONTINUA
**REASON:** PENDING A HEARING BY A C-HO.

ENEMY SITS UPDATED
ADMIN ENEMIES

The hearing shall be held on or before: 6-9-23

**Superintendent:**

S M T W T F S
      3 1 2 3
4 5 6 7 8 9
     other

12-12-23

To whom it may concern:

My name is Desmond Mills # 1090887. I would like to
get a grievance appeal form for ERDCC23-1073. Staff
have exceeded the time frame allowed to respond back
to the grievance I put in on 10-20-23.

Thank you for your cooperation.

Sincerely

Mr. Mills

RECEIVED
DEC 1 8 2023
ERDCC
GRIEVANCE OFFICE

To: GRieVaNce Office

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**REJECTION OF MAIL**

**OFFENDER COPY**

| INSTITUTION |
|---|
| ERDCC |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT ASSIGNMENT |
|---|---|---|
| MULLIS, DESMOND | 1090887 | 2D  217 |

1. ☐  RETURN ADDRESS INCORRECT OR INCOMPLETE

    ☐ OFFENDER'S COMPLETE COMMITMENT AND/OR LEGAL NAME AND DOC NUMBER

    ☐ INSTITUTIONAL NAME (NO ABBREVIATIONS)

    ☐ HOUSING UNIT

    ☐ STREET ADDRESS OR POST OFFICE BOX

    ☐ CITY, STATE, ZIP

2. ☒  POSTAGE DUE

    ADDRESS REQUIRED TO FIGURE AMOUNT NEEDED

3. ☒  MAIL WAS RECEIVED FROM:

    The Red Bulletin Oct/Nov 2023

    AND CONTAINED THE FOLLOWING CONTRABAND OR UNAUTHORIZED ITEMS

    1 Magazine

4. ☐  MAIL WAS SENT OUT BY YOU AND CONTAINED THE FOLLOWING CONTRABAND OR UNAUTHORIZED ITEMS

5. ☐  NON-PRIVILEGED MAIL WAS SEALED

6. ☒  OTHER EXPLANATION

    In accordance with Temporary Operating Directive dated August 25, 2023, effective September 25, 2023, residents will no longer be allowed to

    receive publications purchased by family and friends.  After a search, there is nothing indicating you purchased the publication(s).

ADDITIONAL INFORMATION/COMMENTS

-THE PACKAGING CAN BE RE-USED; HOWEVER, YOU WILL NEED TO PROVIDE THE NAME & ADDRESS YOU WANT TO MAIL THE PACKAGE TO IN ORDER TO FIGURE THE CORRECT POSTAGE AMOUNT

OR

-THE PACKAGING CANNOT BE REUSED.  YOU WILL NEED TO PROVIDE AN ADDRESSED LARGE MANILLA ENVELOPE

INSTRUCTIONS

PLEASE CHOOSE AN OPTION BELOW ON OR BEFORE 11/10/23
    MAILTHE ITEM TO NAME BELOW (SEE ADDITIONAL INFORMATION/COMMENTS ABOVE FOR PACKAGE INFORMATION):

    DISPOSE
    SEND OUT IN VISITING WITH_____

| STAFF SIGNATURE | DATE |
|---|---|
| C. KNOX  OSA Mailroom | 10/10/23 |

MO 931-3798 (04-12)    DISTRIBUTION:  WHITE - OFFENDER    CANARY - SENDER    PINK - MAILROOM

Close Supervision and control
should be exercised to
Ensure the rights, safety and
welfare of all offenders and
staff

SOP 21-1.2(L) 1

Prisoners Self Help
Litigation Manual
59.99 1077

www.prisonlegalnews.org

I'm switchen the gears
Mashin da gas
switchen lanes
She actin fast

1.00
69
1.69
2.56
4.25
3.28
7.53
.28
7.81

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

| INSTITUTION USE ONLY |
| --- |
| ☐ **EMERGENCY COMPLAINT** |
| CATEGORY: 2J          DATE RECEIVED: 10-17-23 |
| COMPLAINT NUMBER: EROCC 23- M2 |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Mills, Desmon A

DOC I.D. 1090887

HOUSING UNIT 202D

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

I wrote a green check to Tight Wad magazine. So its in the Computer. The address is P.O. Box 1941 Burford GA 30515. I been ording ordering from them the last 2,3 years.

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

I want My Red Bulletin magazine

OFFENDER SIGNATURE
Desmon Mills

DOC I.D. 1090887

DATE 10-13-23

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

Wants to continue

| ☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN | | | ☑ IRR NOT RESOLVED BY DISCUSSION | | |
| --- | --- | --- | --- | --- | --- |
| Mills | DOC I.D. 1090887 | DATE 10-19-23 | STAFF MEMBER SIGNATURE Heathrothons | I.D NUMBER 143039 | DATE 101923 |

**STAFF FINDINGS - RESPONSE**

See attached

| INVESTIGATING STAFF MEMBER SIGNATURE Heathrothons | I.D NUMBER 143039 | DATE 11-20-23 | RESPONDENT SIGNATURE | I.D NUMBER 161311 | DATE 11/30/23 |
| --- | --- | --- | --- | --- | --- |
| REVIEWER SIGNATURE | I.D NUMBER 123012M | DATE 11/30/23 | RESULTS: ☐ SATISFACTORY   ☐ UNSATISFACTORY | | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER: SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |

MO 931-3378 (9-22)          DISTRIBUTON: COPY - OFFENDER;   COPY - IRR FILE

# Informal Resolution Request

**OFFENDER NAME AND NUMBER:** Mills, Desmond 1090887

**IRR LOG NUMBER:** ERDCC23-1772

**Category:** 2J

**HOUSING UNIT:** 2D-217

**NATURE OF COMPLAINT:**
You state in your IRR, you wrote a green check to, "Tight Wad Magazine." The address is PO Box 1941, Burford GA 30515. You have been ordering from them the last 2-3 years. You are requesting to receive your Red Bulletin magazine.

**FINDINGS**
The IRR you submitted and all supporting documentation has been reviewed. The mailroom conducted a search and did not find this magazine or any censorships/rejections. The last green check you submitted for "Tight Wad Magazine" was in March 2022. You did not provide any proof that you have a current subscription to "Red Bulletin." Based on my findings, the IRR is resolved.

**Recommendation:**
IRR is denied. No further action necessary.

_____
Investigating Signature            Date 11-20-23

_____
Respondent Signature              Date 11/30/23

_____
Reviewer Signature                Date 11/30/23

OFFENDER COPY

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**  ORIGINAL

| INSTITUTION USE ONLY | |
|---|---|
| GRIEVANCE NUMBER: ERDCC 23-1772 | |
| CATEGORY: 2J | DATE FILED: _____ |

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Mills, Desmond | 1090887 | 2D | 217 | ERDCC |

**OFFENDER GRIEVANCE OR REQUEST**

Tight wad Magazine is the Company and they sale a list of different magazines, I ordered 7 different ones from them. The "Red Bulletin" was just one of them. I dont want to take you to court but I will because this is a clear case of my rights being Violated. You seen I sent the Green Check. I just want whats mines. My son plays football & a sports junnie ⊙ Through "Red Bulletin" I'm able to bond with my 16yr old son.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Desmond Mills | 1090887 | 12-5-23 |

**CAO OR DESIGNEE RESPONSE**

RECEIVED
JAN 18 2024
ERDCC
WARDEN'S OFFICE

RECEIVED
DEC 06 2023
ERDCC
GRIEVANCE OFFICE

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|
| | 12446 | 1/18/2024 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION    ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)

*WARDEN'S RESPONSE*

|  | GRIEVANCE LOG NUMBER | DATE |
|---|---|---|
|  | ERDCC 23-1772 | 01/17/2024 |

| OFFENDER NAME | DOC NUMBER | CATEGORY |
|---|---|---|
| Mills, Desmond | 1090887 | 2J |

_____ EMERGENCY GRIEVANCE  _X_ GRIEVABLE  _____ NON-GRIEVABLE

RESPONSE AND JUSTIFICATION:

    Mr. Mills, I am in receipt of your Grievance dated Dec 06, 2023. You state that you ordered the *Red Bulletin* magazine through the Tightwad Magazine Company. You are requesting to receive this publication.

    I have reviewed your Informal Resolution Request, Grievance, and other pertinent information available to me. I found the response to your Informal Resolution adequately addressed your complaint. The *Red Bulletin* magazine has not been located in the mail room, and there are no records of it being censored or rejected. The last request to withdraw funds for Tightwad magazine was in March 2022. You may need to contact the company regarding your subscription. This should resolve your complaint at the Grievance level.

GRIEVANCE OFFICER'S SIGNATURE

*WARDEN'S ACTIONS*

_X_ APPROVED  _____ DISAPPROVED

CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE

# Tightwad Magazines

P.O. Box 1941 Buford GA 30515

| Magazine (# issues) | Price |
|---|---|
| Action Comics (12) | 29.95 |
| A Hitchcock Mystery (12) | 26.95 |
| Acoustic Guitar (6) | 22.95 |
| Afar (Travel) (12) | 12.95 |
| Alaska (10) | 19.95 |
| Allure (12) | 11.95 |
| Alternative Medicine (6) | 19.95 |
| American Angler (6) | 12.95 |
| Analog Science Fi (12) | 23.95 |
| Animal Tales (6) | 19.95 |
| Approved Variety Puzzles (6) | 19.95 |
| AquaMan (Comic) (12) | 32.95 |
| Archaeology (6) | 17.95 |
| Architectural Digest (11) | 13.95 |
| Artist Magazine (10) | 19.95 |
| Asimovs Science Fiction (12) | 23.95 |
| Aspire Design & Home (4) Upscale | 15.95 |
| Astronomy (12) | 19.95 |
| Atomic Ranch (4) MidCentury | 29.95 |
| ATV World (4) | 13.95 |
| Auto Round-Up (26) | 39.95 |
| Backwoods Survival Guide (6) | 39.95 |
| Baseball Digest (10) | 16.95 |
| Bassmaster (11) | 10.95 |
| Batman (12) | 39.95 |
| Batgirl (12) | 39.95 |
| Batman Beyond (12) | 39.95 |
| Batman/Superman (12) | 39.95 |
| Better Homes & Gardens (12) | 12.95 |
| Birds & Blooms (6) | 16.95 |
| BirdWatching (6) | 16.95 |
| Blissful Dot2Dot (4) | 25.00 |
| Bloomberg Business Week (55) | ~55.95 |
| Blue Ribbon Sudoku (12) | 19.95 |
| Boating Magazine (12) | 10.95 |
| Boat International (6) | 39.95 |
| Bon Appetit (10) | 12.95 |
| Brainfun Picture Puzzles (4) | 25.00 |
| Brew Your Own (Beer) (8) | 28.00 |
| Bridal Guide (6) | 10.95 |
| California Home & Design (4) | 13.95 |
| Car & Driver (12) | 18.95 |
| Car Kulture Deluxe (6) | 27.95 |
| Catster (was Cat Fancy) (6) | 16.95 |
| Charisma (12) | 14.95 |
| Chickens (6) | 22.95 |
| Christianity Today (10) | 13.95 |
| Cigar & Spirits (6) | 19.95 |
| Classic Car Round-Up (12) | 39.95 |
| Classic MotorSports (6) | 14.95 |
| Clean Eating (8) | 17.95 |
| Closer (Only 20 Issues!) Celebrities | 49.95 |
| Collectible Automobile (6) | 29.95 |
| Colorado Homes & Life (6) | 15.00 |
| Color Your Own Greeting Cards (4) | 29.95 |
| Conde Nast Traveler (8) | 11.95 |
| Consumer Reports (12) | 25.95 |
| Cooks Country (6) Recipes | 16.95 |

| | |
|---|---|
| Cooks Illustrated (6) | 20.00 |
| Cosmopolitan (6) | 15.95 |
| Country (7) | 16.95 |
| Country Extra (7) | 16.95 |
| Country Gardens (4) | 16.95 |
| Country Woman (7) | 16.00 |
| Country Living (10) | 18.00 |
| Country Sampler (6) | 19.95 |
| Cowboys & Indians (8) | 12.95 |
| Crochet (4) | 19.95 |
| Crochet World (6) | 19.95 |
| Cruising World (12) | 12.95 |
| Daily Word (6) (Inspirational) | 16.95 |
| Deer & Deer Hunting (12) | 18.95 |
| Dell Original Sudoku (8) | 19.95 |
| Dell Variety Puzzles (6) | 19.95 |
| Dell Word Search (6) | 17.95 |
| Detective Comics (12) | 40.00 |
| Diesel World (9) | 27.95 |
| Discover (6) | 32.95 |
| Do It Yourself (4) | 18.00 |
| Dogster (6) Was Dog Fancy | 18.95 |
| Dupont Registry Autos (12) | 39.95 |
| Dwell Modern Homes (10) | 13.95 |
| Elle (12) | 14.95 |
| Elle Decor (10) | 14.95 |
| Entrepreneur (10) | 11.95 |
| Esquire (8) | 16.95 |
| Family Handyman (10) | 15.95 |
| Family Tree (6) | 25.95 |
| Farm & Ranch Living (6) | 16.00 |
| Farm House Style (4) | 19.95 |
| Fast Company (6) | 10.95 |
| Favorite Easy Crosswords (6) | 18.95 |
| First for Women (17) | 25.95 |
| Flash (Comic) (12) | 29.95 |
| Florida Sport Fishing (6) | 25.00 |
| Fly Tyer (4) | 12.95 |
| Food & Wine (12) | 25.00 |
| Food Network (10) | 16.95 |
| Forbes (9) | 29.95 |
| Fortune (12) | 24.95 |
| Four Wheeler (12) | 19.95 |
| Games (Puzzles) (9) | 16.95 |
| Garden & Gun (6) | 11.95 |
| Golf Digest (11) | 11.95 |
| Golf Week (11 issues) | 15.95 |
| GoodHousekeeping (12) | 16.95 |
| Good Old Days (6) | 19.95 |
| Good Times Crosswords (6) | 22.95 |
| GQ Gentlemen's Quarterly (12) | 13.95 |
| Grassroot MotorSports (8) | 14.95 |
| Gray's Sporting Journal (7) | 29.95 |
| Great Days Outdoors (12) | 19.95 |
| Grow Mag (6) Hemp Cannabis | 30.00 |
| GuidePosts (6) | 17.00 |
| Harpers Bazaar (12) | 14.95 |
| HGTV Magazine (10) | 18.00 |
| Hobby Farms (6) | 19.95 |
| Horoscope Guide (12) | 22.95 |
| Horse Illustrated (12) | 22.95 |
| Horticulture (6) | 25.00 |

| | |
|---|---|
| Hot Rod (12) | 18.95 |
| House Beautiful (10) | 18.00 |
| I Phone Life (4) | 20.00 |
| Inc. Magazine (6) | 10.95 |
| Inked (6) Tattoo Mag. | 25.00 |
| Kiplinger's Personal Finance | 30.00 |
| Kit Planes (12) | 19.95 |
| Life Extension (12) | 12.95 |
| Links Best of Golf (4) | 11.95 |
| Lots of Easy Crosswords (12) | 19.95 |
| Logic Lovers Problems (6) | 19.95 |
| Looney Tunes (6) | 39.95 |
| Mad Magazine (6) | 29.95 |
| Make Mag (Electronics DIY) | 19.00 |
| Merlin (6) | 13.95 |
| Martha Stewart Living (10) | 18.95 |
| Maxim (6) | 25.95 |
| Men's Health (10) | 15.95 |
| Men's Journal (10) | 19.95 |
| Midwest Living (12) | 13.95 |
| Mindfulness Journal (4) | 39.95 |
| Motor Trend (12) | 18.95 |
| Mystery Colors (by number) (4) | 25.00 |
| New Republic (12) | 28.95 |
| News China (12) | 16.95 |
| OK! (Celebrities) (51) | 59.95 |
| Ol' Skool Rodz (6) | 28.00 |
| On Snow Magazine (6) | 16.00 |
| Out/Advocate (6) | 19.95 |
| Outside (11) | 11.95 |
| Penny's Favorite Fill In (6) | 17.95 |
| Penthouse (NUDE) (6) | 30.00 |
| Penthouse Letters (nude) (6) | 35.00 |
| People (52) | 99.95 |
| People en Espanol (6) | 24.95 |
| People Royals (4) | 29.95 |
| Phoenix Magazine (12) | 12.95 |
| Pioneer Woman (4) | 19.95 |
| Poets & Writers (6) | 19.95 |
| Popular Mechanics (6) | 16.95 |
| Popular Woodworking (7) | 16.95 |
| Prepper Survival Guide (6) | 39.95 |
| Psychology Today (6) | 25.95 |
| Racer X Illustrated (12) | 19.95 |
| Reader's Digest (12) | 17.95 |
| Real Simple (12) | 15.95 |
| Reason (11) | 15.95 |
| Red Bulletin (11) | 9.95 |
| Reminisce (7) | 16.95 |
| Reminisce Extra (7) | 16.95 |
| Revolver (4) Hard Rock Music | 39.95 |
| Robb Report (12) | 49.95 |
| Runners World (6) | 17.95 |
| RV Magazine(12) | 16.95 |
| Sail (12) | 34.95 |
| Sailing World (6) | 17.95 |
| Saltwater Sportsman (10) | 14.95 |
| Saturday Evening Post (6) | 19.95 |
| Scuba Diving (6) | 13.95 |
| Slam (10) | 17.95 |
| Snow Goer (7) | 29.95 |
| Sound & Vision (6) | 14.95 |

| | |
|---|---|
| Southern Boating (12) | 14.95 |
| Southern Living (13) | 17.95 |
| Southwest Art (10) | 29.95 |
| SpeedBoat Magazine (9) | 24.00 |
| Spirituality & Health (6) | 17.95 |
| Sports Illustrated (16) | 65.00 |
| Star (50) Celebrity stories/photos | 59.95 |
| Street Trucks (9) | 29.95 |
| Stereophile (6) | 13.95 |
| SuperMan (12) | 39.95 |
| Super-Heros Legion of (12) | 39.95 |
| Taste of Home (6) Recipes | 15.95 |
| Tennis (6) | 13.95 |
| Texas Fish & Game (10) | 13.95 |
| Time Magazine (48) News | 29.95 |
| Thrasher (12) | 15.95 |
| Totally Easy Sudoku (4) | 15.95 |
| Town & Country (9) | 14.95 |
| Truck Round-Up (12) | 29.95 |
| TV Guide (26) | 29.95 |
| Unity (6) (Inspirational) | 21.95 |
| USA Crosswords Jumbo (7) | 17.95 |
| Us Weekly (52) | 49.95 |
| Vanity Fair (12) | 16.95 |
| Variety Word Find Puzzles (12) | 23.95 |
| Veranda (6) | 16.95 |
| Videomaker (6) | 15.95 |
| Vogue (12) | 15.95 |
| Watch (TV) (4) | 12.95 |
| Watercolor Artist (6) | 23.95 |
| Week (The Week) (51) News | 99.95 |
| Wine Enthusiast (13) | 14.95 |
| Wired (12) | 25.00 |
| Woman's Day (10) | 17.95 |
| Women's Health (10) | 12.95 |
| Wood (7) | 18.95 |
| WoodCraft (6) | 15.95 |
| Working Mother (9) | 10.95 |
| World of Sudoku (6) | 16.95 |
| Writer's Digest (8) | 22.95 |
| Yachting (12) | 12.95 |

Catalogs are now printed on 1 sided white paper due to prison restrictions. It may not look fancy but it's the only way to get it to you!

**Good Karma! COVID 19 Update**
Just FYI I am happy to let you know that I am now fully vacinated & Boosted! Woo Hoo!! Your magazine orders will not be delayed. While things are starting to improve some magazine publishers are still hit hard with Covid 19 cases are delaying an issue or two during the pandemic and will pick back up. We just have to be very patient during these difficult times. I am not doing Julie's Gifts for the forseeable future. Roses are still available but prices have gone up to $95 per dozen.   Thank you, Julie

**Buy 4 or More Magazine Subscriptions & Pay Just $5, $8, $9, $10 or $11 EACH!**
To qualify for these prices you Must Buy at Least a Total of 4 Subscriptions. You can buy more than 4 but must buy at least 4 to qualify for the discounted prices. For example you can buy any magazine in the first box for just $5. All the magazines in the next boxes are just $8, $9, $10 or $11 each per year when you buy 4 or more subscriptions. Buy as many as you like from each box. For example you can buy 4 all from the the same price box or mix & match from the different priced boxes. Pick all your favorites and try some new magazines to enjoy. All subscriptions are for 1 year. Enjoy! Julie

| | | |
|---|---|---|
| Afar (Travel) | Fast Company | |
| Allure | FreeSkier | **$5** each Box |
| Architectural Digest | Martha Stewart Living | |
| Bassmaster | Saltwater Sportsman | |
| ~~Better Homes & Gardens~~ | Garden & Gun | Thank You for supporting a Small Woman owned Family Business Founded in 1999! **Julie** |
| Boating Magazine | Golf Digest | |
| Bon Appetit | Inc. Magazine | |
| Conde Nast Traveler | Links (Golf) | |
| Entrepreneur | Yachting | |
| | Bridal Guide | |

Notes: It is your responsibility to know which magazines your prison allows you to have. I cannot replace or refund magazines rejected by your prison. All subscriptions are for 1 YEAR unless otherwise noted. I list # of issues so you know approximately how many to look for. Publishers can change number of issues up or down at any time.We cannot offer refunds if you change your mind and want to switch magazines. We do not accept credit or debit cards please send a check or money order. Postal Money orders are speediest! Note: We no longer mass mail catalogs. Please write for a new catalog when you need one.

Note: You must buy at least 4 magazines to qualify for these reduced prices.

| | | |
|---|---|---|
| Cruising World | Life Extension | **$8** each Box |
| Fly Tyer | Merlin | |
| GQ | Midwest Living | |
| Watch! | Outside | |

Address Change Notice: We no longer can offer Address Change service. You will need to notify the publishers yourself or have a friend or family member contact them for you.

| | |
|---|---|
| California Home & Design | Elle |
| Christianity Today | Elle Decor |
| Cowboys & Indians | Scuba Diving |
| | **$9** each Box |
| Taste of Home | |
| Harper's Bazaar | |
| Woman's Day | |
| Charisma | |

| | |
|---|---|
| Birds & Blooms | Phoenix Magazine |
| Birds & Blooms Extra | Sailing World |
| Classic MotorSports | Sound & Vision |
| Cleveland | Southern Boating |
| Dwell Magazine | Stereophile |
| Stereophile | GrassRoot MotorSports |
| Tennis | Cosmopolitan |
| | Tampa Bay Magazine |
| **$10** each Box | |
| Texas Fish & Game | |
| Town & Country | |
| Good Housekeeping | |
| Vogue | |

Please send a SASE if at all possible when requesting a new catalog. Note if you are at a prison that does not allow tape on the envelope (Texas & more) you MUST send SASE.

| | |
|---|---|
| Aspire Design & Home | Mens Health |
| Food Network | Slam (Basketball) |
| Food & Wine | Thrasher Magazine |
| Colorado Homes | Great Days Outdoors |
| Southern Living | Farm & Ranch Living |
| **$11** each Box | |

Note: Magazine prices have gone up recently. I am working hard to keep prices low. If you feel it in your heart to send a few extra dollars or stamps it would help & Good Karma will come to you! It has been a pleasure to have your Best Magazine Agent since 1999!

Thank you! We appreciate your business.
**Tightwad Magazines**   PO Box 1941 Buford GA 30515

MILLS    1090887

1C409



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**

☐ **EMERGENCY COMPLAINT**

CATEGORY: Property    DATE RECEIVED: 7/20/23

COMPLAINT NUMBER: FRDCC 23-1065

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| Mills, Desmond | 1090887 | 4C-209 |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

I had my property when I went to phase 3. I went back to the hole from phase 3 and when I got out this time I didnt have my fan or CL-20 headphones. The big ones

IS22-1.1

D3-6 SOP 217.040 - 217.175

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

I want a replacement fan and CL-20 headphones.
They just gave me the fan. Need headphones though

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Mills Desmond | 1090887 | 6-26-23 |

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

Offender claims his fan has been returned, but he is still missing his headphones. offender requests replacement CL-20 headphones.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN    ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| Mills Desmond | 1090887 | 9/22/23 | ccm | 12554 | 9/22/23 |

**STAFF FINDINGS - RESPONSE**

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| ccm | 12554 | 9/22/23 | | 10453 | 10/10/23 |
| REVIEWER SIGNATURE Tim Freeman AW | 110787 | 10-13-23 | RESULTS: ☐ SATISFACTORY  ☐ UNSATISFACTORY | | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3376 (9-22)    DISTRIBUTON: COPY - OFFENDER;   COPY - IRR FILE

## INFORMAL RESOLUTION RESPONSE

**OFFENDER NAME AND NUMBER:** Mills, Desmond #1090887

**IRR LOG NUMBER:  ERDCC23-1065**

**CATEGORY:  6B**

**HOUSING UNIT:** 4A114

**NATURE OF COMPLAINT:**   Your complaint as I understand it is that when you were released from Administrative Segregation you were missing your CL-20 headphones. You are requesting that your CL-20 headphones are replaced.

**FINDINGS:**   I have reviewed your IRR and supporting documentation. Upon review, there is no evidence to support your claim that your property was lost due to staff negligence. Due to a lack of evidence, your IRR has been denied.

**RECOMMENDATION:**   Based on my findings your IRR is denied.

Investigating Staff: _Um_        _125546_

Respondent: _____

Reviewer: _Tim Freeman AW 110787_

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

**INSTITUTION USE ONLY**

GRIEVANCE NUMBER: ERDCC23-1065

CATEGORY: Property  _LeB_  DATE FILED: _____

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Mills, Desmond | 1090887 | 2 | 2D-217 | ERDCC |

**OFFENDER GRIEVANCE OR REQUEST**

See Informal Resolution Resquest form 1065
Every I.R.R. I'm Submitting I'm Stating
The SOP's and this institution is going against
it own policies instead of doing the right thing

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Desmond Mills | 1090887 | 10-24-23 |

**CAO OR DESIGNEE RESPONSE**

RECEIVED
NOV 27 2023
ERDCC
WARDEN'S OFFICE

RECEIVED
OCT 2 5 2023
ERDCC
GRIEVANCE OFFICE

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|

**YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.**

☐ I ACCEPT THIS DECISION   ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|

MO 931-3377 (9-22)

*WARDEN'S RESPONSE*

| | GRIEVANCE LOG NUMBER | DATE |
|---|---|---|
| | ERDCC 23-1065 | 11/22/2023 |

**OFFENDER NAME**      **DOC NUMBER**      **CATEGORY**

Mills, Desmond      1090887      6B

____ EMERGENCY GRIEVANCE __X__ GRIEVABLE ____ NON-GRIEVABLE

RESPONSE AND JUSTIFICATION:

         Mr. Mills, I am in receipt of your Grievance dated October 25, 2023. You state when you were placed in Phase II Administrative Segregation from Phase III, your Koss CL-20 headphones went missing.

         I have reviewed your Informal Resolution Request, Grievance, and other pertinent information available to me. D3-6.1 Responsibility of Offender's Lost or Damaged Property states "Only offender property in the possession or under supervision of staff with the department shall be replaced or reimbursed when: 1. Such property is damaged or misplaced without fault of the owner, or 2. Staff negligence or error is determined as the cause." I did not find any evidence of staff negligence and I cannot justify reimbursement. This should resolve your complaint at the Grievance level.

_____
GRIEVANCE OFFICER'S SIGNATURE

*WARDEN'S ACTIONS*

✓ APPROVED      DISAPPROVED

_____
CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

**INSTITUTION USE ONLY**

GRIEVANCE NUMBER: ERDCC-23-1065    6B

DATE FILED: 12/29/23

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | INSTITUTION |
|---|---|---|
| MILLS, DESMOND    2D-217 | 1090887 | ERDCC |

**REASON FOR APPEAL**

Had the C.O. came to the cell with my property sheet he wouldve Knew my fan and Koss CL-20 ~~boon~~ headphones were missing. As you stated on the grievance #(2) staff negligence or error is determined as the ~~rocrose~~ cause.

I would like to be reimbursement of my headphones

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Desord Mills | 109088 | 12-27-23 |

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

RECEIVED

JAN 0 4 2024

ERDCC
GRIEVANCE OFFICE

| DIVISION DIRECTOR OR DESIGNEE SIGNATURE | | DATE |
|---|---|---|
| | | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3378 (9-22)

**Michael L. Parson**
Governor

**Trevor Foley**
Acting Director

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

January 30, 2024

Desmond Mills
Register #1090887
Eastern Reception, Diagnostic & Correctional Center (ERDCC)

RE:     ERDCC-23-1065
        Property
        Received on January 5, 2024
        Reviewed on January 30, 2024

Your appeal dated December 27, 2023, has been reviewed. The Grievance response you received adequately addressed your complaint. Your complaint claims when you were assigned to administrative segregation you were missing property. Missouri Department of Corrections policy D3-6.1- Responsibility for Offender's Lost or Damaged Property states, "Only offender property in the possession or under supervision of staff with the department shall be replaced or reimbursed when: such property is damaged or misplaced without fault of the owner, or staff negligence or error is determined as the cause. The burden of proof of staff negligence or error shall fall on the offender." After a careful review of all the evidence provided to me, I have not found any violation of policy or procedure. You have failed to provide any evidence to support your complaint that your property was misplaced by staff. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/kk

Offender Copy

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

**ORIGINAL**

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: ERDCC23-2168
CATEGORY: 8P          DATE FILED: _____

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Mills, Desmond | 109088 | 1C | 109 | ERDCC |

**OFFENDER GRIEVANCE OR REQUEST**

Ms. Lisa Hooker CCII 152086 you stated that I didnt provided No Evidence of my claims. IF you "Read" my Original IRR I stated the CCTV Camera is my evidence. I also stated "he gave" me a tray that another offender did something to not tryed to give me a tray. I want to know why he would do that and I want it put in his personal file he did that. Ima be on the up and up with you. I heard what happened to him with that lock. I hate that it happen to him but I'm not surprise because I have seen how he talks and treats people. behind these doors. I'm filing these IRR's for a reason. I care about everyone — inmate and staff but a lot of people dont care one way or another. Just do the right thing and put it in his file → what if I got sick behind that

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Mill Desond | 1090887 | 1-17-24 |

**CAO OR DESIGNEE RESPONSE**

RECEIVED
MAR 05 2024
ERDCC
WARDEN'S OFFICE

RECEIVED
JAN 18 2024
ERDCC
GRIEVANCE OFFICE

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D. NUMBER | DATE |
|---|---|---|
| Heather W | 24161 | 3/5/24 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION     ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)

*WARDEN'S RESPONSE*

|  | GRIEVANCE LOG NUMBER | DATE |
|---|---|---|
|  | ERDCC 23-2168 | 03/04/2024 |

OFFENDER NAME          DOC NUMBER          CATEGORY

Mills, Desmond          1090887          8B

____ EMERGENCY GRIEVANCE   _X_ GRIEVABLE   ____ NON-GRIEVABLE

RESPONSE AND JUSTIFICATION:

Mr. Mills, I am in receipt of your Grievance dated January 18, 2024. You claim on November 20, 2023, COII Hummel served you a tray that someone's picked food off of.

I have reviewed your Informal Resolution Request, Grievance, and other pertinent information available to me. I found the response to your Informal Resolution Request adequately addressed your complaint. Staff deny your allegations. Additionally, video footage is for the safety and security of the institution, and it does not have to be reviewed at the request of a resident. This should resolve your complaint at the grievance level.

GRIEVANCE OFFICER'S SIGNATURE

*WARDEN'S ACTIONS*

_X_ APPROVED          ____ DISAPPROVED

CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE

Offender Copy

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ **EMERGENCY COMPLAINT**

| OFFENDER NAME | | DOC NUMBER |
|---|---|---|
| Mills, Desmond | | 1090887 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 2-18-2022 | ERDCC22-177 | 3C | 1CU3 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

ON 12-30-21 COI Ragan wrote me up for 3i,l, Prior to moving into 2d-202 mr. Ragan Never filled out room inspection checklist Nor did I sign one. According to IS21-1.2 III procedures Ragan was supposed to; Prior to offender placement in a cell, room and after the offender is released or changed to another cell; unit staff will complet a room Inspection checklist form (Attachment). The plate was already damaged.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I want to be Reimbused in the amount of $7.25 for the duress plate

| OFFENDER SIGNATURE | DATE |
|---|---|
| Mills, Desmond | 2-17-22 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

wants reimbursed

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| unable | 7-8-22 | SW 135001 | 7-8-22 |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| SW 135001 | 7-8-22 | FUM 101321 | 7/13/22 |

| REVIEWER SIGNATURE | DATE | RESULTS | |
|---|---|---|---|
| Tim Freeman AW11070 | 7-18-22 | ☐ SATISFACTORY | ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3376 (9-17)