UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DESMOND ARNEZ MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:24-cv-00680-MTS |
| | ) |
| ANNE L. PRECYTHE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [8]. Having reviewed Plaintiff's Application and inmate account statement, the Court will grant the Application and assess an initial partial filing fee of fifteen dollars and seventy cents ($15.70). *See* 28 U.S.C. § 1915(b)(1). Plaintiff shall pay the initial partial filing fee no later than Monday, December 16, 2024. Failure to do so will result in the dismissal of this action without further notice. *See In re Smith*, 114 F.3d 1247, 1251 (D.C. Cir. 1997) (noting that, under the Prison Litigation Reform Act, the failure to pay the initial partial filing fee required by 28 U.S.C. § 1915(b)(1) may result in dismissal of a prisoner's action (citing *Ayo v. Bathey*, 106 F.3d 98, 101 (5th Cir. 1997) (per curiam))); *see also Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

Plaintiff will then be required to make monthly payments in accordance with 28 U.S.C. § 1915(b)(2) until the full $405 filing fee is paid. *See Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that prisoner-litigants must "pay filing fees in full, with only

-1-

-2-

the issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [8], is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff shall pay an initial partial filing fee of fifteen dollars and seventy cents ($15.70) no later than **Monday, December 16, 2024**. Plaintiff shall make his remittance payable to "Clerk, United States District Court," and include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding. *See* 28 U.S.C. § 1951(b)(1).

Dated this 31st day of October 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE