UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DESMOND ARNEZ MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:24-cv-00680-JMD |
| | ) |
| ETHAN BERGER, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court for review pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Review of the record indicates that Defendants Ethan Berger, Dylan Bighorse, and Joseph Resz have not been served with process.

**I.     Defendants Ethan Berger and Dylan Bighorse**

Plaintiff commenced this action on May 15, 2024, naming Ethan Berger and Dylan Bighorse as two of the Defendants. On December 30, 2025, the Court directed the Clerk to serve process on the complaint. The Clerk attempted to serve process upon Berger and Bighorse via the Missouri Attorney General's Office, as Plaintiff identified them as correctional officers employed by MDOC. But counsel for the Attorney General's Office declined to waive service as to these Defendants because they were no longer employed by MDOC. Counsel subsequently provided the Court with Berger and Bighorse's last known addresses, and the Court directed the Clerk to effectuate service of process there. On February 18, 2026, service was returned unexecuted for Berger and Bighorse. *See* Docs. 60 and 61.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m)

It has been more than 90 days since Plaintiff filed his complaint naming Berger and Bighorse as a Defendants, and the Court has attempted service twice without success.  As noted above, Rule 4(m) of the Federal Rules of Civil Procedure provides that the Court, after notice to a plaintiff, shall dismiss an action against any defendant upon whom service has not been timely made.  In light of Plaintiff's status as a *pro se* and *in forma pauperis* litigant, he will be given the opportunity to provide the Court with adequate information such that Berger and Bighorse may be served under Rule 4(m).  Plaintiff's response to the Court is due no later than 21 days from the date of this Order.

**II.    Defendant Joseph Resz**

The Clerk attempted to serve process upon Defendant Joseph Resz via the United States Marshals Service at Eastern Reception, Diagnostic and Correctional Center.  The Marshal filed the return of service unexecuted, stating that Resz was no longer at that facility.  Based on the Missouri Department of Corrections Offender Search, web.mo.gov/doc/offSearchWeb, Resz is currently incarcerated at the Potosi Correctional Center, 11593 State Highway O, Mineral Point, Missouri 63660.  The Court will order the Clerk to issue service of process on Resz at this address.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than 21 days from the date of this Order, Plaintiff shall provide the Court with adequate information such that Defendants Ethan Berger and

-2-

Dylan Bighorse may be served with process.

**IT IS FURTHER ORDERED** that, in the absence of good cause shown, Plaintiff's failure to provide adequate service information for Defendants Ethan Berger and Dylan Bighorse shall result in the dismissal of these Defendants from this cause of action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process as to Defendant Joseph Resz, Inmate No. 1244937, at Potosi Correctional Center, 11593 State Highway O, Mineral Point, Missouri 63660.

Dated this 20th day of February, 2026.

/s/ Joshua Divine

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE